UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS, ET AL<br>*Plaintiffs* | : | CIVIL NO. 3:23-CV-00737(KAD) |
| v. | : | |
| NED LAMONT<br>*Defendant* | : | JULY 19, 2023 |

## DEFENDANT'S MOTION TO DISMISS

The Defendant respectfully moves to dismiss Plaintiffs' Complaint in its' entirety as all claims therein are barred by the Eleventh Amendment to the United States Constitution. Plaintiffs cannot avoid Eleventh Amendment immunity by invoking the *Ex parte Young* doctrine. Governor Lamont is not a proper party for Plaintiffs' federal claims since he lacks the requisite connection to the enforcement of Public Act No. 23-53, and Plaintiffs' official capacity claims against Governor Lamont for violations of the Connecticut Constitution are similarly barred by the Eleventh Amendment under the *Pennhurst* doctrine.

For these reasons, as more fully set forth in the accompanying memorandum of law, Defendant Lamont respectfully requests the Court grant his motion to dismiss.

DEFENDANT
Lamont

WILLIAM TONG
ATTORNEY GENERAL

_____
James M. Belforti
Assistant Attorney General

1

/s/ *Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30514
E-Mail: janelle.medeiros@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5590

**CERTIFICATION**

I hereby certify that on July 19, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
James M. Belforti
Assistant Attorney General

110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Federal Bar No. ct30449
E-Mail: james.belforti@ct.gov

2