UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WE THE PATRIOTS USA, INC., : | |
| MATTHEW SHERMAN, : | |
| BRANDON TISCHER : | Case No. 3:23-cv-00737(KAD) |
|    Plaintiffs : | |
| v. : | |
| : | |
| NED LAMONT : | |
|    Defendant : | JULY 21, 2023 |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO REPLY TO MOTION TO DISMISS

    The undersigned, counsel for the plaintiffs, requests an extension of time until September 18, 2023, to respond to the defendant's motion to dismiss. In support hereof, the undersigned represents as follows:

1. I am counsel of record for the plaintiffs.

2. I am expected to be out of the office until August 21, 2023, and upon my return I expect to have a series of pleadings to address in this and other courts.

3. I am seeking additional time to respond to the motion to dismiss.

4. Counsel for the defendant consents to this extension request.

    WHEREFORE, the undersigned requests an extension of time until September 18, 2023 to respond to the motion to dismiss filed this week.

Dated: JULY 21, 2023

**PATTIS & SMITH,**
By: /s/ Norman Pattis /s/
Norman Pattis, Esq.
383 Orange Street, 1st Floor
T: (203) 393-3017
E: npattis@pattissmith.com
*Attorney For Plaintiffs*

## **CERTIFICATION**

I hereby certify that on July 21, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:
/s/ Norman A. Pattis /s/
NORMAN A. PATTIS